IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| JAMIE FANNER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>　　　Defendant. | Civil Action No. 4:24-CV-00843 |

# NOTICE OF REMOVAL

　　　Defendant the United States of America notifies the Court that the United States removes the action pending as Cause No. JP07-24-SC00011820 in the Justice of the Peace Court for Tarrant County, Precinct 7, to the Fort Worth Division of the U.S. District Court for the Northern District of Texas under 28 U.S.C. § 1442(a)(1) for the reasons explained below:

　　　1.　　Plaintiff Jamie Fanner, proceeding pro se, sued Stacy Otwaska by filing a small claims petition on August 16, 2024, under cause number JP07-24-SC00011820 with the Justice of the Peace Court for the Tarrant County Justice of the Peace, Precinct 7. In her small claims petition, Fanner alleges that Otwaska made "false and damaging statements about the plaintiff, including libel and slander." The U.S. Attorney's Office first received a copy of the citation and petition on August 26, 2024.

　　　2.　　This action is removable under 28 U.S.C. § 2679(d)(2) because an appropriate certification has been issued under that statute (which is also known as the

Westfall Act). Specifically, Otwaska was acting within the scope of her federal employment at the time she made the allegedly false and damaging statements that appear to be the subject of Fanner's claims, as certified by the designee of the Attorney General under 28 U.C.C. § 2679 and 28 C.F.R. § 15.4. Thus, the United States is automatically substituted as the defendant in place of Otwaska, and the case may be removed. *See* 28 U.S.C. § 2679(d)(2).

3. Submitted with this notice is a copy of the Westfall Act certification issued under 28 U.S.C. § 2679(d)(2), along with an index and copies of documents from the state court.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ George M. Padis*
George M. Padis
Assistant United States Attorney
Texas Bar No. 24088173
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8645
Facsimile:   214-659-8807
george.padis@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the above notice of removal with the clerk of court for the U.S. District Court, Northern District of Texas and served all parties in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                         */s/ George M. Padis*
                                         George M. Padis